

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 26, 2022

VIA ECF
Hon. Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007



Re: *Guo v. U.S. Dep't of Homeland Sec.*, No. 21 Civ. 7954 (KPF)

Dear Judge Failla:

  This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Refugee/Asylee Relative Petitions (Forms I-730). On behalf of the government, I write respectfully to request an on-consent extension of time of thirty days to respond to the complaint (*i.e.*, from January 28 to February 27, 2022). If the Court grants the request, the government also requests that the conference presently scheduled for February 8, 2022, be adjourned. Counsel for both parties are available during the week of March 14, 2022, or thereafter.

  The extension is respectfully requested because, after review of the relevant files, the Texas Service Center has referred the case to the New York Office for interviews. Although the files are now in transit to the New York Office, USCIS anticipates that it may be able to issue interview notices during the requested extended period. This is the government's second request for an extension of the deadline to respond to the complaint and first request for an adjournment of the initial conference.[1] The plaintiff consents to these requests.

  I thank the Court for its consideration of this letter.

              Respectfully submitted,

              DAMIAN WILLIAMS
              United States Attorney

          By:  *s/ Michael J. Byars*
             MICHAEL J. BYARS
             Assistant United States Attorney
             Telephone: (212) 637-2793
             Facsimile: (212) 637-2786
             E-mail: michael.byars@usdoj.gov

cc: Counsel of record (via ECF)

---

[1] On November 23, 2021, the government requested an on-consent extension of its time to respond to the complaint, which the Court granted. *See* ECF Nos. 8, 9.

Application GRANTED.  Defendant's time to answer or otherwise respond to the complaint shall be extended to February 27, 2022.

To accommodate this extension, the conference currently scheduled for February 8, 2022, is hereby ADJOUNRED to **March 15, 2022, at 10:30 a.m.** The conference will be held telephonically.  At the scheduled date and time, the parties are to call (888) 363-4749 and enter access code 5123533.

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Date:      January 27, 2022          SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE